[No. 20120.  Department Two. — July 30, 1885.]

## EX PARTE CHARLES L. DRESSLER ON HABEAS CORPUS.

Habeas Corpus— Witness— Unreasonable Detention. — A person who has been detained as a witness for ninety days, and after several continuances of the case not satisfactorily accounted for, is entitled to his discharge on habeas corpus.

Application for a writ of habeas corpus. The facts are stated in the opinion of the court.

*John D. Whaley,* for Petitioner.

*J. N. E. Wilson, Contra.*

The Court.— We are of opinion that the petitioner is entitled to his discharge under article i., section 6 of the Constitution, which provides that witnesses shall not be unreasonably detained. It appears that the witness has been detained as such for ninety days, and there have been several continuances in the case which are not satisfactorily accounted for.

The petitioner is discharged from custody.